```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TEXAS/WACO DIVISION

IN RE: GLORIA ARMAND                                    CASE No.
       814 CEDAR RIDGE ST.
                                                        08-60350 FM
       HARKER HEIGHTS TX         76548-0000

                           FINAL REPORT AND ACCOUNT
                                                        SS#1 - XXX-XX-6469
                                                        SS#2 - XXX-XX-0000

This Case was            The Plan was            The Case was
commenced on Mar 31, 2008 confirmed on           concluded on Jul 8, 2008

THIS CASE IS DISMISSED BEFORE CONFIRMATION          .
     Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor for the benefit of
          creditors.                                              $   1200.00
```

```
-------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS      CLASS        AMOUNT    AMOUNT PAID     BALANCE
     CREDITOR'S NAME                         ALLOWED  PRINCIPAL INTEREST  DUE
-------------------------------------------------------------------------------
ACADEMY COLLECTION SERVICE   NOT FILED         .00       .00      .00      .00
ALLIED INTERSTATE            NOT FILED         .00       .00      .00      .00
AMERICREDIT FINANCIAL SVCS I NOT FILED         .00       .00      .00      .00
AMERICREDIT FINANCIAL SVCS I DIR.- PAY    16150.09       .00      .00      .00
AMERICREDIT FINANCIAL SVCS I ARREARS C      421.80       .00      .00   421.80
BALCOM LAW FIRM              NOT FILED         .00       .00      .00      .00
BANK OF AMERICA              NOT FILED         .00       .00      .00      .00
BARRETT DAFFIN FRAPPIER TURN NOT FILED         .00       .00      .00      .00
BARRETT DAFFIN FRAPPIER TURN NOT FILED         .00       .00      .00      .00
BELL COUNTY TAX APPRAISAL    SECURED        125.33       .00      .00   125.33
CARDMEMBER SVCS              NOT FILED         .00       .00      .00      .00
CITY OF HARKER HEIGHTS       NOT FILED         .00       .00      .00      .00
COUNTRYWIDE HOME LOANS       DIR.- PAY    22094.20       .00      .00      .00
COUNTRYWIDE HOME LOANS       DIR.- PAY    52175.47       .00      .00      .00
COUNTRYWIDE HOME LOANS       ARREARAGE     2931.14       .00      .00  2931.14
COUNTRYWIDE HOME LOANS       ARREARAGE     2404.52       .00      .00  2404.52
CREDIT COLLECTION SRVC       NOT FILED         .00       .00      .00      .00
CREDIT MANAGEMENT            NOT FILED         .00       .00      .00      .00
CREDIT MANAGEMENT            NOT FILED         .00       .00      .00      .00
CREDIT MANAGEMENT            NOT FILED         .00       .00      .00      .00
CREDIT SYS INTL INC          NOT FILED         .00       .00      .00      .00
CRESCENT RECOVERY LLC        NOT FILED         .00       .00      .00      .00
CRESCENT RECOVERY LLC        UNSECURED     9772.40       .00      .00  9772.40
CRESCENT RECOVERY LLC        UNSECURED     4476.04       .00      .00  4476.04
D MICHAEL DENDY              NOT FILED         .00       .00      .00      .00
DEBT RECOVERY SOLUTIONS      NOT FILED         .00       .00      .00      .00
EMBARQ YELLOW PAGES          NOT FILED         .00       .00      .00      .00
ENCORE RECEIVABLE MGMT INC   NOT FILED         .00       .00      .00      .00
ENHANCED RECOVERY CORP       NOT FILED         .00       .00      .00      .00
```

PAGE 1 - CONTINUED ON NEXT PAGE

```
IN RE: GLORIA ARMAND                                                CASE No.08-60350 FM
------------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS        CLASS         AMOUNT      AMOUNT PAID      BALANCE
         CREDITOR'S NAME                       ALLOWED   PRINCIPAL  INTEREST    DUE
------------------------------------------------------------------------------------
FIRST USA BANK NA                 NOT FILED        .00        .00       .00       .00
GEXA ENERGY                       NOT FILED        .00        .00       .00       .00
INTERNAL REVENUE SERVICE          PRIORITY    92958.57        .00       .00  92958.57
INTERNAL REVENUE SERVICE          SECURED    170711.75        .00       .00 170711.75
INTERNAL REVENUE SERVICE          UNSECURED    5620.67        .00       .00   5620.67
JAMES M WRIGHT                    NOT FILED        .00        .00       .00       .00
JAY R BEATTY                      NOT FILED        .00        .00       .00       .00
JFS MARKETING LTD                 NOT FILED        .00        .00       .00       .00
MBNA AMERICA                      NOT FILED        .00        .00       .00       .00
MCCREARY VESELKA BRAGG ALLEN      NOT FILED        .00        .00       .00       .00
METROPLEX ADVENTIST HOSPITAL      NOT FILED        .00        .00       .00       .00
MIDLAND MORTGAGE                  NOT FILED        .00        .00       .00       .00
MIDLAND MORTGAGE CO               DIR.- PAY   25695.81        .00       .00       .00
MIDLAND MORTGAGE CO               ARREARAGE    3182.09        .00       .00   3182.09
MIGUEL REYNA CPA                  NOT FILED        .00        .00       .00       .00
MITCHELL N KAY ATTY               NOT FILED        .00        .00       .00       .00
MONTEZ & WILLIAMS PC              NOT FILED        .00        .00       .00       .00
NATIONWIDE RECOVERY SYSTEMS       NOT FILED        .00        .00       .00       .00
NATIONWIDE RECOVERY SYSTEMS       NOT FILED        .00        .00       .00       .00
NCC BUSINESS SERVICES INC         NOT FILED        .00        .00       .00       .00
NCO FINANCIAL SYSTEMS             NOT FILED        .00        .00       .00       .00
OLSON NICOUD & GUECK              UNSECURED     300.00        .00       .00     300.00
OMNIUM WORLDWIDE                  NOT FILED        .00        .00       .00       .00
PALISADES COLLECTION L            NOT FILED        .00        .00       .00       .00
PALISADES COLLECTION L            NOT FILED        .00        .00       .00       .00
PERFORMANCE CAPITAL MGMT          NOT FILED        .00        .00       .00       .00
PITE DUNCAN                       NOT FILED        .00        .00       .00       .00
PROGRESSIVE INSURANCE CO          NOT FILED        .00        .00       .00       .00
ROUNDUP FUNDING LLC               UNSECURED    2215.91        .00       .00       .00
SAMS CLUB                         NOT FILED        .00        .00       .00       .00
TEX COLLECT                       NOT FILED        .00        .00       .00       .00
THE CIT GROUP                     DIR.- PAY  105101.08        .00       .00       .00
THE CIT GROUP                     ARREARAGE   10311.03        .00       .00  10311.03
TIME WARNER CABLE                 NOT FILED        .00        .00       .00       .00
TRAUNER COHEN & THOMAS            NOT FILED        .00        .00       .00       .00
TXU ENERGY                        UNSECURED     768.39        .00       .00     768.39
UNIFUND GROUP                     NOT FILED        .00        .00       .00       .00
VERICHECK INC                     NOT FILED        .00        .00       .00       .00
WACHOVIA MORTGAGE                 DIR.- PAY   94685.34        .00       .00       .00
WACHOVIA MORTGAGE                 ARREARAGE   10581.40        .00       .00  10581.40
WEINSTEIN & RILEY                 NOT FILED        .00        .00       .00       .00
WILSON & WILSON                   NOT FILED        .00        .00       .00       .00
WOLPOFF & AMBRAMSON LLP           NOT FILED        .00        .00       .00       .00
GLORIA ARMAND                     REFUND       1200.00    1200.00

SUMMARY OF CLAIMS ALLOWED AND PAID
------------------------------------------------------------------------------------
         SECURED    PRIORITY    GENERAL      LATE     SPECIAL     TOTAL
                                                                      ---------TOTAL PAID
AMT ALL. 516571.05  92958.57   23153.41              1200.00   636883.03 PRINCIPAL
PRIN PD       .00        .00        .00              1200.00     1200.00 AND INT.
INT PAID      .00        .00        .00                              .00     1200.00
------------------------------------------------------------------------------------
```

PAGE 2 - CONTINUED ON NEXT PAGE

```
IN RE: GLORIA ARMAND                                   CASE No.08-60350 FM

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
        DEBTOR'S ATTORNEY              FEE ALLOWED    FEE PAID
JOSEPH D OLSON                            3000.00          .00
--------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

FILING FEE      ADDITIONAL CHARGES          TRUSTEE              OTHER
             -----------------------   -------------------
& DEPOSIT     1% OF      .25 EA CLAIM   EXP. & COMPENSATION      COST
             RECEIPTS    OVER 20               FUND
----------   ---------  ------------   -------------------   ---------
     .00                                    .00/       .00         .00          .00

     WHEREFORE, your Petitioner prays that a Final Decree be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-
ty from any and all liability on account of the within proceedings, and  closing
the estate, and for such other and further relief as is just.

                                        /s/ Ray Hendren
                                        _____
                                        RAY HENDREN CH13 TRUSTEE
                                        8310 CAPITAL OF TX HWY N
                                        SUITE 475
                                        AUSTIN TX                       78731-0000
CC: US TRUSTEE
    903 SAN JACINTO STE 230

    AUSTIN TX                      78701-0000
```